HENRY G. K. HEATH, Appellant, *v.* ANNA C. KOCH et al., Respondents.

*Heath* v. *Koch*, 74 App. Div. 338, affirmed.
(Argued January 26, 1903; decided February 10, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 25, 1902, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term.

*Henry G. K. Heath*, appellant, in person.

*Emanuel J. Myers, Charles J. McDermott* and *John B. Gleason* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur : GRAY, BARTLETT, HAIGHT, CULLEN and WERNER, JJ. Absent : PARKER, Ch. J., and O'BRIEN, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THE NIAGARA FRUIT COMPANY et al., Appellants, Impleaded with Another.

*People* v. *Niagara Fruit Co.*, 75 App. Div. 11, affirmed.
(Argued January 26, 1903; decided February 10, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 22, 1902, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Hiram R. Wood* for appellants.

*John Cunneen* and *Edwin H. Risley* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur : PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, CULLEN and WERNER, JJ. Absent : O'BRIEN, J. ·